BINGHAM MCCUTCHEN LLP
DONALD DAVIDSON (SBN 231908)
KEVIN J. WOODS (SBN 214819)
Three Embarcadero Center
San Francisco, CA  94111
Telephone: 415-393-2000
Fax: 415-393-2286
donald.davidson@bingham.com
kevin.woods@bingham.com

*Of Counsel*
BINGHAM McCUTCHEN LLP
MICHAEL D. BLANCHARD
One State Street
Hartford, CT 06103-3178
T 860.240.2700
F 860.240.2800
michael.blanchard@bingham.com

Attorneys for Defendants
Wachovia Securities, LLC, Wachovia Securities Financial Network, LLC, Wachovia Capital Markets, LLC, Wells Fargo Advisors, LLC, Wells Fargo Advisors Financial Network, LLC, Wells Fargo Securities, LLC; Wells Fargo & Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THEODORE KAGAN, JAMES AVEN, LAURA JACOBS, JOSEPH SOFFE, and ALBERKRACK FAMILY LIMITED PARTNERSHIP, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WACHOVIA SECURITIES, LLC, a North Carolina limited liability company; WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, a North Carolina limited liability company; WACHOVIA CAPITAL MARKETS, LLC, a North Carolina limited liability company; WELLS FARGO ADVISORS, LLC, a Delaware limited liability company; WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC, a Delaware limited liability company; WELLS FARGO SECURITIES, LLC, a Delaware limited liability company; WELLS FARGO & | No. CV 09 5337 SC<br><br>**JOINT STIPULATION BETWEEN PLAINTIFFS AND DEFENDANT WACHOVIA SECURITIES, LLC AND [PROPOSED] ORDER RE: DATES FOR FILING RESPONSIVE PLEADING AND FOR CASE MANAGEMENT CONFERENCE**<br><br>Place:   Courtroom 1<br>Judge:   Hon. Samuel Conti |

A/73290297.1/3003050-0000343638

JOINT STIPULATION AND [PROPOSED] ORDER RE: DATES FOR FILING RESPONSIVE PLEADING
AND FOR CASE MANAGEMENT CONFERENCE      CV 09 5337 SC

| | |
|---|---|
| 1<br>2<br>3 | COMPANY, a Delaware corporation and DOES 1 through 10, inclusive,<br><br>    Defendants. |

4    This Stipulation is entered into by and among plaintiffs Theodore Kagan, James Aven, Laura Jacobs, Joseph Soffa and Alberkrack Family Limited Partnership (collectively, "Plaintiffs"), on the one hand, and defendant Wachovia Securities, LLC ("Defendant"), on the other hand, with the following facts:

   A. Plaintiffs filed their Summons and Complaint in the above-captioned matter (the "Complaint") on or about November 10, 2009;

   B. Plaintiffs served their Complaint on Defendant Wachovia Securities, LLC on or about January 22, 2010;

   C. Plaintiffs have not yet served the Complaint on the other defendants in this action;

   D. A Joint Case Management Conference Statement is currently due by February 12, 2010;

   E. A Case Management Conference is currently set for February 19, 2010, at 10:00 a.m. in Courtroom #1;

   F. Plaintiffs and Defendant have met and conferred in good faith over the claims asserted in the Complaint.

   **IT IS HEREBY STIPULATED AND AGREED as follows:**

   1. Defendant's response to the Complaint is currently due Thursday, February 11, 2010.

   2. A Case Management Conference is currently set for February 19, 2010, at 10:00 a.m. in Courtroom #1, and the Plaintiffs and Defendant's Joint Case Management Conference Statement is due by February 12, 2010.

A/73290297.1/3003050-0000343638                              2

JOINT STIPULATION AND [PROPOSED] ORDER RE: DATES FOR FILING RESPONSIVE PLEADING
AND FOR CASE MANAGEMENT CONFERENCE            CV 09 5337 SC

3. Defendants seek an extension of time to respond to the Complaint, to allow Plaintiffs and Defendants to further discuss the issues presented in the Complaint, and potentially narrow those issues. Defendants also seek additional time for preparation of the response to the Complaint.

4. Plaintiffs consent to granting Defendant an extension of time in which Defendant must respond to the Complaint, of thirty (30) days. Subject to the Court's approval, Defendant shall file its response to the Complaint on or before March 11, 2010.

5. Plaintiffs and Defendant agree, subject to the Court's approval, to continue the Case Management Conference to May 7, 2010, at 10:00 a.m. in Courtroom #1, and to file their Joint Case Management Conference Statement by April 27, 2010.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

A/73290297.1/3003050-0000343638

3

JOINT STIPULATION AND [PROPOSED] ORDER RE: DATES FOR FILING RESPONSIVE PLEADING
AND FOR CASE MANAGEMENT CONFERENCE          CV 09 5337 SC

6. Plaintiffs and Defendant have met and conferred in good faith over the claims asserted in the Complaint.

DATED: February 10, 2010           Bingham McCutchen LLP

By: _____
Donald S. Davidson
Michael D. Blanchard
Kevin J. Woods
Attorneys for Defendant
Wachovia Securities, LLC


DATED: February 9, 2010            Kabatech Brown Kellner LLP

By: _____
Alfredo Torrijos
Attorney for Plaintiffs


**IT IS SO ORDERED.**

Defendant shall file its response to the Complaint on or before March 11, 2010, the Case Management Conference is continued to May 7, 2010, at 10:00 a.m. in Courtroom #1, and the Joint Case Management Conference Statement is due by April 27, 2010.

DATED: February 11, 2010

_____
Hon. Samuel Conti
United States District Judge

A/73290297.1/3003050-0000343638                4

JOINT STIPULATION AND [PROPOSED] ORDER RE: DATES FOR FILING RESPONSIVE PLEADING
AND FOR CASE MANAGEMENT CONFERENCE           CV 09 5337 SC