1  BINGHAM MCCUTCHEN LLP
   DONALD DAVIDSON (SBN 231908)
2  KEVIN J. WOODS (SBN 214819)
   Three Embarcadero Center
3  San Francisco, CA 94111
   Telephone: 415-393-2000
4  Fax: 415-393-2286
   donald.davidson@bingham.com
5  kevin.woods@bingham.com

6

   *Of Counsel*
7  BINGHAM McCUTCHEN LLP
   MICHAEL D. BLANCHARD
8  One State Street
   Hartford, CT 06103-3178
9  T 860.240.2700
   F 860.240.2800
10 michael.blanchard@bingham.com

11 Attorneys for Defendants
   Wachovia Securities, LLC, Wachovia Securities
12 Financial Network, LLC, Wachovia Capital Markets,
   LLC, Wells Fargo Advisors, LLC, Wells Fargo
13 Advisors Financial Network, LLC, Wells Fargo
   Securities, LLC, Wells Fargo & Company

14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16
                       SAN FRANCISCO DIVISION
17

18
| THEODORE KAGAN, JAMES AVEN, LAURA JACOBS, JOSEPH SOFFE, and ALBERKRACK FAMILY LIMITED PARTNERSHIP, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA SECURITIES, LLC, a North Carolina limited liability company; WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, a North Carolina limited liability company; WACHOVIA CAPITAL MARKETS, LLC, a North Carolina limited liability company; WELLS FARGO ADVISORS, LLC, a Delaware limited liability company; WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC, a Delaware limited liability company; WELLS FARGO SECURITIES, LLC, a Delaware limited liability company; WELLS FARGO & | No. CV 09 5337 SC<br><br>**JOINT STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS RE DATES FOR FILING RESPONSIVE PLEADING**<br><br>Place:   Courtroom 1<br>Judge:   Hon. Samuel Conti |
|---|---|

A/73308782.1/3003050-0000343638

JOINT STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS RE DATES FOR FILING
RESPONSIVE PLEADING         CV 09 5337 SC

| | |
|---|---|
| 1<br>2<br>3 | COMPANY, a Delaware corporation and DOES 1 through 10, inclusive,<br><br>        Defendants. |

4          This Stipulation is entered into by and among plaintiffs Theodore Kagan, James Aven, Laura Jacobs, Joseph Soffa and Alberkrack Family Limited Partnership (collectively, "Plaintiffs"), on the one hand, and defendants Wachovia Securities, LLC, Wachovia Securities Financial Network, LLC, Wachovia Capital Markets, LLC, Wells Fargo Advisors, LLC, Wells Fargo Financial Network, LLC, Wells Fargo Securities, LLC and Wells Fargo & Company (collectively, "Defendants"), on the other hand, with the following facts:

        A. Plaintiffs filed their Summons and Complaint in the above-captioned matter (the "Complaint") on or about November 10, 2009;

        B. Plaintiffs served their Complaint on Defendants on or about January 22, 2010;

        C. Defendants' response to the Complaint is currently due by Thursday, March 11, 2010.

        D. A Joint Case Management Conference Statement is currently due by April 27, 2010;

        E. A Case Management Conference is currently set for May 7, 2010, at 10:00 a.m. in Courtroom #1;

        F. Plaintiffs and Defendants have met and conferred in good faith over the claims asserted in the Complaint.

        **IT IS HEREBY STIPULATED AND AGREED as follows:**

        1. Defendants' response to the Complaint is currently due by Thursday, March 11, 2010.

        2. A Case Management Conference is set for May 7, 2010, at 10:00 a.m. in Courtroom #1, and the Plaintiffs' and Defendants' Joint Case Management Conference Statement is due by April 27, 2010.

A/73308782.1/3003050-0000343638          2

JOINT STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS RE DATES FOR FILING RESPONSIVE PLEADING     CV 09 5337 SC

1   3.   Defendants seek a further extension of time to respond to the Complaint, to allow Plaintiffs and Defendants to further discuss the issues presented in the Complaint, and potentially narrow those issues. Defendants also seek additional time for preparation of the response to the Complaint.

4.   Plaintiffs consent to granting all Defendants an extension of time in which Defendants must respond to the Complaint. Subject to the Court's approval, all Defendants shall file their response to the Complaint on or before April 1, 2010.

5.   Plaintiffs and Defendants have met and conferred in good faith over the claims asserted in the Complaint.

DATED: March 4, 2010          Bingham McCutchen LLP

By: _____
Donald S. Davidson
Michael D. Blanchard
Kevin J. Woods
Attorneys for Defendants


DATED: March 2, 2010          Kabateck Brown Kellner LLP

By _____
Michael V. Storti
Attorney for Plaintiffs

IT IS SO ORDERED
Judge Samuel Conti
United States District Court
Northern District of California