```
 1  BINGHAM MCCUTCHEN LLP
    DONALD DAVIDSON (SBN 231908)
 2  KEVIN J. WOODS (SBN 214819)
    Three Embarcadero Center
 3  San Francisco, CA 94111
    Telephone: 415-393-2000
 4  Fax: 415-393-2286
    donald.davidson@bingham.com
 5  kevin.woods@bingham.com

 6
    Of Counsel
 7  BINGHAM McCUTCHEN LLP
    MICHAEL D. BLANCHARD
 8  One State Street
    Hartford, CT 06103-3178
 9  T 860.240.2700
    F 860.240.2800
10  michael.blanchard@bingham.com

11  Attorneys for Defendants
    Wachovia Securities, LLC, Wachovia Securities
12  Financial Network, LLC, Wachovia Capital Markets,
    LLC, Wells Fargo Advisors, LLC, Wells Fargo
13  Advisors Financial Network, LLC, Wells Fargo
    Securities, LLC, Wells Fargo & Company
14
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THEODORE KAGAN, JAMES AVEN, LAURA JACOBS, JOSEPH SOFFE, and ALBERKRACK FAMILY LIMITED PARTNERSHIP, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>WACHOVIA SECURITIES, LLC, a North Carolina limited liability company; WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, a North Carolina limited liability company; WACHOVIA CAPITAL MARKETS, LLC, a North Carolina limited liability company; WELLS FARGO ADVISORS, LLC, a Delaware limited liability company; WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC, a Delaware limited liability company; WELLS FARGO SECURITIES, LLC, a Delaware limited liability company; WELLS FARGO & | No. CV 09 5337 SC<br><br>**JOINT STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS RE DATES FOR FILING RESPONSIVE PLEADING**<br><br>Place:   Courtroom 1<br>Judge:   Hon. Samuel Conti |

| | |
|---|---|
| 1<br>2<br>3 | COMPANY, a Delaware corporation and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. |

4　　　　　This Stipulation is entered into by and among plaintiffs Theodore Kagan, James

5  Aven, Laura Jacobs, Joseph Soffa and Alberkrack Family Limited Partnership (collectively,

6  "Plaintiffs"), on the one hand, and defendants Wachovia Securities, LLC, Wachovia Securities

7  Financial Network, LLC, Wachovia Capital Markets, LLC, Wells Fargo Advisors, LLC, Wells

8  Fargo Financial Network, LLC, Wells Fargo Securities, LLC and Wells Fargo & Company

9  (collectively, "Defendants"), on the other hand, with the following facts:

10　　　　　A.  Plaintiffs filed their Summons and Complaint in the above-captioned matter

11  (the "Complaint") on or about November 10, 2009;

12　　　　　B.  Plaintiffs served their Complaint on Defendants on or about January 22, 2010;

13　　　　　C.  Defendants' response to the Complaint is currently due by Thursday, April 1,

14  2010.

15　　　　　D.  A Joint Case Management Conference Statement is currently due by April 27,

16  2010;

17　　　　　E.  A Case Management Conference is currently set for May 7, 2010, at 10:00

18  a.m. in Courtroom #1;

19　　　　　F.  Plaintiffs and Defendant have met and conferred in good faith over the claims

20  asserted in the Complaint.

21　　　　　**IT IS HEREBY STIPULATED AND AGREED as follows:**

22　　　　　1.　Defendants' response to the Complaint is currently due by Thursday, April 1,

23  2010.

24　　　　　2.　A Case Management Conference is set for May 7, 2010, at 10:00 a.m. in

25  Courtroom #1, and the Plaintiffs and Defendant's Joint Case Management Conference Statement

26  is due by April 27, 2010.

27

28

1    3.    Defendants seek a further extension of time to respond to the Complaint to allow
2    Plaintiffs and Defendants time to further discuss the issues presented in the Complaint, and
3    potentially narrow those issues. Defendants also seek additional time for preparation of the
4    response to the Complaint.

5    4.    Plaintiffs consent to granting Defendants an extension of time in which
6    Defendants must respond to the Complaint. Subject to the Court's approval, all Defendants shall
7    file their response to the Complaint on or before May 3, 2010.

8    5.    Plaintiffs and Defendants have met and conferred in good faith over the claims
9    asserted in the Complaint.

11   DATED: March 31, 2010              Bingham McCutchen LLP

                                        By: /s/ Kevin J. Woods
                                              Donald S. Davidson
                                              Michael D. Blanchard
                                              Kevin J. Woods
                                              Attorneys for Defendants

18   DATED: March 31, 2010              Kabatech Brown Kellner LLP

                                        By /s/ Alfredo Torrijos (KJW)
                                              Alfredo Torrijos
                                              Attorneys for Plaintiffs

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA