1  BINGHAM MCCUTCHEN LLP
   DONALD DAVIDSON (SBN 231908)
2  KEVIN J. WOODS (SBN 214819)
   Three Embarcadero Center
3  San Francisco, CA  94111
   Telephone: 415-393-2000
4  Fax: 415-393-2286
   donald.davidson@bingham.com
5  kevin.woods@bingham.com

6  BINGHAM McCUTCHEN LLP
   MICHAEL D. BLANCHARD (*pro hac vice*)
7  One State Street
   Hartford, CT 06103-3178
8  T 860.240.2700
   F 860.240.2800
9  michael.blanchard@bingham.com

10 Attorneys for Defendants
   Wells Fargo Advisors, LLC, Wells Fargo Advisors
11 Financial Network, LLC, Wells Fargo Securities, LLC,
   and Wells Fargo & Company

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14
                       SAN FRANCISCO DIVISION
15

16 THEODORE KAGAN, JAMES AVEN,          No. CV 09 5337 SC
   FRANCES LEVY, ELAINE SOFFA, JOSEPH
17 SOFFA, and ALBERKRACK FAMILY
   LIMITED PARTNERSHIP, on behalf of    **JOINT STIPULATION BETWEEN**
18 themselves and all others similarly situated,  **PLAINTIFFS AND DEFENDANTS**
                                        **AND [PROPOSED] ORDER RE:**
19           Plaintiffs,                **DATES FOR FILING RESPONSIVE**
                                        **PLEADING**
       v.
20
   WACHOVIA SECURITIES, LLC, a North    Place:      Courtroom 1
21 Carolina limited liability company; WACHOVIA  Judge:    Hon. Samuel Conti
   SECURITIES FINANCIAL NETWORK, LLC, a
22 North Carolina limited liability company;
   WACHOVIA CAPITAL MARKETS,  a
23 North Carolina limited liability company;
   WELLS FARGO ADVISORS, LLC,  a Delaware
24 limited liability company; WELLS FARGO
   ADVISORS FINANCIAL NETWORK, LLC, a
25 Delaware limited liability company; WELLS
   FARGO SECURITIES, LLC, a Delaware limited
26 liability company; WELLS FARGO &
   COMPANY, a Delaware corporation and DOES
27 1 through 10, inclusive,

28           Defendants.

A/73480369.1/3003050-0000343638

1         This Stipulation is entered into by and among plaintiffs Theodore Kagan, James

2    Aven, Frances Levy, Elaine Soffa, Joseph Soffa, and Alberkrack Family Limited Partnership

3    (collectively, "Plaintiffs"), on the one hand, and defendants Wells Fargo Advisors, LLC, Wells

4    Fargo Advisors Financial Network, LLC, Wells Fargo Securities, LLC, and Wells Fargo &

5    Company ("Defendants"), on the other hand, with the following facts:

6         A. Plaintiffs filed their First Amended Class Action Complaint in the above-

7    captioned matter (the "Complaint") on or about August 6, 2010;

8         B. Plaintiffs and Defendants have met and conferred in good faith over the claims

9    asserted in the Complaint.

10        **IT IS HEREBY STIPULATED AND AGREED as follows**:

11       1.    Defendants' response to the Complaint is currently due Monday, August 23,

12   2010.

13       2.    Defendants seek an extension of time to respond to the Complaint, to allow

14   Plaintiffs and Defendants to further discuss the issues presented in the Complaint, and potentially

15   narrow those issues.

16       3.    Plaintiffs consent to granting Defendants an extension of time in which

17   Defendants must respond to the Complaint, of fourteen (14) days.  Subject to the Court's

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

JOINT STIPULATION AND [PROPOSED] ORDER RE: DATES FOR FILING RESPONSIVE PLEADING
CV 09 5337 SC

1   approval, Defendants shall file their response to the Complaint on or before September 7, 2010.

2

3   DATED: August 23, 2010                    Bingham McCutchen LLP

4                                             By: _____

5                                                     Donald S. Davidson
6                                                     Michael D. Blanchard
                                                      Kevin J. Woods
7                                                     Attorneys for Defendants

8   DATED: August 20, 2010                    Kabateck Brown Kellner LLP

9                                             By _____

10                                                    Michael V. Storti
                                                      Attorney for Plaintiffs
11

12

13

14

15  **IT IS SO ORDERED.**

16      Defendant shall file its response to the Complaint on or before September 7, 2010.

17

18  DATED: August 24, 2010                    _____

19                                            United S                        t Judge

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER RE: DATES FOR FILING RESPONSIVE PLEADING
CV 09 5337 SC