1  BINGHAM MCCUTCHEN LLP
   DONALD DAVIDSON (SBN 231908)
2  KEVIN J. WOODS (SBN 214819)
   Three Embarcadero Center
3  San Francisco, CA  94111
   Telephone: 415-393-2000
4  Fax: 415-393-2286
   donald.davidson@bingham.com
5  kevin.woods@bingham.com

6  BINGHAM McCUTCHEN LLP
   MICHAEL D. BLANCHARD (*pro hac vice*)
7  One State Street
   Hartford, CT 06103-3178
8  T 860.240.2700
   F 860.240.2800
9  michael.blanchard@bingham.com

10 Attorneys for Defendants
   Wells Fargo Advisors, LLC, Wells Fargo Advisors
11 Financial Network, LLC, Wells Fargo Securities, LLC,
   and Wells Fargo & Company

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14
                         SAN FRANCISCO DIVISION
15

| | |
|---|---|
| 16 THEODORE KAGAN, JAMES AVEN, FRANCES LEVY, ELAINE SOFFA, JOSEPH SOFFA, and ALBERKRACK FAMILY LIMITED PARTNERSHIP, on behalf of themselves and all others similarly situated, | No. CV 09 5337 SC |
| 17 | |
| 18 | JOINT STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS AND [~~PROPOSED~~] ORDER RE: DATES FOR FILING RESPONSIVE PLEADING |
| 19  Plaintiffs, v. | |
| 20 WACHOVIA SECURITIES, LLC, a North Carolina limited liability company; WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, a North Carolina limited liability company; WACHOVIA CAPITAL MARKETS, LLC, a North Carolina limited liability company; WELLS FARGO ADVISORS, LLC, a Delaware limited liability company; WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC, a Delaware limited liability company; WELLS FARGO SECURITIES, LLC, a Delaware limited liability company; WELLS FARGO & COMPANY, a Delaware corporation and DOES 1 through 10, inclusive, Defendants. | Place:    Courtroom 1<br>Judge:    Hon. Samuel Conti |

A/73493883.1/3003050-0000343638

JOINT STIPULATION AND [PROPOSED] ORDER RE: DATES FOR FILING RESPONSIVE PLEADING
CV 09 5337 SC

1    This Stipulation is entered into by and among plaintiffs Theodore Kagan, James
2  Aven, Frances Levy, Elaine Soffa, Joseph Soffa, and Alberkrack Family Limited Partnership
3  (collectively, "Plaintiffs"), on the one hand, and defendants Wells Fargo Advisors, LLC, Wells
4  Fargo Advisors Financial Network, LLC, Wells Fargo Securities, LLC, and Wells Fargo &
5  Company ("Defendants"), on the other hand, with the following facts:
6        A. Plaintiffs filed their First Amended Class Action Complaint in the above-
7  captioned matter (the "Complaint") on or about August 6, 2010;
8        B. Plaintiffs and Defendants have met and conferred in good faith over the claims
9  asserted in the Complaint.
10       **IT IS HEREBY STIPULATED AND AGREED as follows:**
11       1.   Defendants' response to the Complaint is currently due Monday, September 7,
12  2010.
13       2.   Defendants seek an extension of time to respond to the Complaint, to allow
14  Plaintiffs and Defendants to further discuss the issues presented in the Complaint, and potentially
15  narrow those issues.
16       3.   Plaintiffs consent to granting Defendants an extension of time in which
17  Defendants must respond to the Complaint, of fourteen (14) days. Subject to the Court's
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

A/73493883.1/3003050-0000343638            2

1  approval, Defendants shall file their response to the Complaint by September 21, 2010.

DATED: September 7, 2010          Bingham McCutchen LLP

                                  By: /s/ Kevin J. Woods
                                      Donald S. Davidson
                                      Michael D. Blanchard
                                      Kevin J. Woods
                                      Attorneys for Defendants

DATED: September 7, 2010          Kabatech Brown Kellner LLP

                                  By: /s/
                                      Alfredo Torrijos
                                      Michael Storti
                                      Attorney for Plaintiffs

**IT IS SO ORDERED.**

Defendant shall file its response to the Complaint on or before September 21, 2010.

*This is last Extension*

DATED: Aug 7/10                   _____
                                  Hon. Samuel Conti
                                  United States District Court Judge

A/73493883.1/3003050-0000343638                 3

JOINT STIPULATION AND [PROPOSED] ORDER RE: DATES FOR FILING RESPONSIVE PLEADING
CV 09 5337 SC