BINGHAM MCCUTCHEN LLP
DONALD DAVIDSON (SBN 231908)
KEVIN J. WOODS (SBN 214819)
Three Embarcadero Center
San Francisco, CA  94111
Telephone: 415-393-2000
Fax: 415-393-2286
donald.davidson@bingham.com
kevin.woods@bingham.com

BINGHAM MCCUTCHEN LLP
MICHAEL D. BLANCHARD (*pro hac vice*)
One State Street
Hartford, CT 06103-3178
T 860.240.2700
F 860.240.2800
michael.blanchard@bingham.com

Attorneys for Defendants
Wells Fargo Advisors, LLC, Wells Fargo Advisors
Financial Network, LLC, Wells Fargo Securities, LLC,
and Wells Fargo & Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THEODORE KAGAN, JAMES AVEN, FRANCES LEVY, ELAINE SOFFA, JOSEPH SOFFA, and ALBERKRACK FAMILY LIMITED PARTNERSHIP, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>WACHOVIA SECURITIES, LLC, a North Carolina limited liability company; WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, a North Carolina limited liability company; WACHOVIA CAPITAL MARKETS, LLC,  a North Carolina limited liability company; WELLS FARGO ADVISORS, LLC,  a Delaware limited liability company; WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC, a Delaware limited liability company; WELLS FARGO SECURITIES, LLC, a Delaware limited liability company; WELLS FARGO & COMPANY, a Delaware corporation and DOES 1 through 10, inclusive,<br><br>            Defendants. | No. CV 09 5337 SC<br><br>**JOINT STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS AND [PROPOSED] ORDER RE: DATE OF CASE MANAGEMENT CONFERENCE**<br><br>Place:     Courtroom 1<br>Judge:    Hon. Samuel Conti |

A/73496518.1/3003050-0000343638

JOINT STIPULATION AND [PROPOSED] ORDER RE: DATE OF CASE MANAGEMENT CONFERENCE
CV 09 5337 SC

1    This Stipulation is entered into by and among plaintiffs Theodore Kagan, James
2  Aven, Frances Levy, Elaine Soffa, Joseph Soffa, and Alberkrack Family Limited Partnership
3  (collectively, "Plaintiffs"), on the one hand, and defendants Wells Fargo Advisors, LLC, Wells
4  Fargo Advisors Financial Network, LLC, Wells Fargo Securities, LLC, and Wells Fargo &
5  Company ("Defendants"), on the other hand, with the following facts:
6    A. Plaintiffs filed their First Amended Class Action Complaint in the above-
7  captioned matter (the "Complaint") on or about August 6, 2010;
8    B. The Parties have stipulated to, and the Court has approved, an extension of
9  time in which Defendants must respond to the Complaint, to September 21, 2010;
10    C. The next Case Management Conference in the above-captioned matter is
11  currently scheduled for Friday September 17, 2010, at which time, Defendants will not yet have
12  responded to the Complaint.
13    **IT IS HEREBY STIPULATED AND AGREED as follows:**
14    The Parties hereby agree that the Case Management Conference be continued to
15  the next available date and time. Subject to the Court's approval, the Case Management
16  Conference shall be continued to Monday November 15, 2010, at 10am in Courtroom 1. A joint
17  Case Management Statement shall be due seven days prior, on Monday November 8, 2010.

DATED: September 10, 2010         Bingham McCutchen LLP

                                  By: _____
                                      Donald S. Davidson
                                      Michael D. Blanchard
                                      Kevin J. Woods
                                      Attorneys for Defendants

DATED: September 10, 2010         Kabateck Brown Kellner LLP

                                  By _____
                                      Michael Storti
                                      Alfredo Torrijos
                                      Attorney for Plaintiffs

**IT IS SO ORDERED.**

The Case Management Conference shall be continued to Monday November, 15, 2010, at 10am in Courtroom 1.  A joint Case Management Statement shall be due seven days prior, on Monday November 8, 2010.

DATED:  9/10/10

_____
United States District Judge
Judge Samuel Conti

IT IS SO ORDERED

A/73496518.1/3003050-0000343638

3

JOINT STIPULATION AND [PROPOSED] ORDER RE: DATE OF CASE MANAGEMENT CONFERENCE
CV 09 5337 SC