| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | DONALD DAVIDSON (SBN 231908) |
| 2 | KEVIN J. WOODS (SBN 214819) |
|   | Three Embarcadero Center |
| 3 | San Francisco, CA  94111 |
|   | Telephone: 415-393-2000 |
| 4 | Fax: 415-393-2286 |
|   | donald.davidson@bingham.com |
| 5 | kevin.woods@bingham.com |
| 6 | BINGHAM McCUTCHEN LLP |
|   | MICHAEL D. BLANCHARD (*pro hac vice*) |
| 7 | One State Street |
|   | Hartford, CT 06103-3178 |
| 8 | T 860.240.2700 |
|   | F 860.240.2800 |
| 9 | michael.blanchard@bingham.com |
| 10 | Attorneys for Defendants |
|    | Wells Fargo Advisors, LLC, Wells Fargo Advisors |
| 11 | Financial Network, LLC, Wells Fargo Securities, LLC, |
|    | and Wells Fargo & Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 16 | THEODORE KAGAN, JAMES AVEN, FRANCES LEVY, ELAINE SOFFA, JOSEPH SOFFA, and ALBERKRACK FAMILY LIMITED PARTNERSHIP, on behalf of themselves and all others similarly situated, | No. CV 09 5337 SC |
| 17 | | **JOINT STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS AND [PROPOSED] ORDER RE: DATES FOR FILING RESPONSIVE PLEADING** |
| 18 | Plaintiffs, | |
| 19 | v. | |
| 20 | WACHOVIA SECURITIES, LLC, a North Carolina limited liability company; WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, a North Carolina limited liability company; WACHOVIA CAPITAL MARKETS, LLC,  a North Carolina limited liability company; WELLS FARGO ADVISORS, LLC,  a Delaware limited liability company; WELLS FARGO ADVISORS FINANCIAL NETWORK, LLC, a Delaware limited liability company; WELLS FARGO SECURITIES, LLC, a Delaware limited liability company; WELLS FARGO & COMPANY, a Delaware corporation and DOES 1 through 10, inclusive, | Place:     Courtroom 1<br>Judge:     Hon. Samuel Conti |
| 27 | Defendants. | |

A/73582102.1/3003050-0000343638

1    This Stipulation is entered into by and among plaintiffs Theodore Kagan, James
2 Aven, Frances Levy, Elaine Soffa, Joseph Soffa, and Alberkrack Family Limited Partnership
3 (collectively, "Plaintiffs"), on the one hand, and defendants Wells Fargo Advisors, LLC, Wells
4 Fargo Advisors Financial Network, LLC, Wells Fargo Securities, LLC, and Wells Fargo &
5 Company ("Defendants"), on the other hand, with the following facts:
6    A. Plaintiffs filed their First Amended Class Action Complaint in the above-
7 captioned matter (the "Amended Complaint") on or about August 6, 2010;
8    B. Defendants filed a motion to dismiss the Amended Complaint on September
9 20, 2010.
10    C.    On November 23, 2010, the Court denied Defendants' motion to dismiss.
11    **IT IS HEREBY STIPULATED AND AGREED as follows**:
12    1.    Defendants' response to the Amended Complaint is currently due on Tuesday
13 December 7, 2010;
14    2.    Defendants' counsel seek a short, four-business day extension of time to file an
15 Answer to the Amended Complaint because in-house counsel with authority to approve the
16 Answer is unavailable through the end of the week. Defendants stipulate that they will file an
17 Answer, and not a motion, as their responsive pleading;
18    3.    Defendants submit that the short extension of time to file an Answer will not
19 delay this matter.  Pursuant to a case management conference held on Friday, December 3, 2010,
20 the parties have just begun class discovery, and the matter is scheduled for a status conference
21 April 8, 2011.  No other deadlines have been established.
22    4.    Defendants hereby stipulate that this is the final extension that they will request to
23 file a responsive pleading;
24    //
25    //
26    //
27    //
28    //

1    5.   Plaintiffs consent to granting Defendants an extension of time to file their Answer
2 through and including December 13, 2010. Subject to the Court's approval, Defendants shall file
3 their Answer by Monday December 13, 2010.

4

5

6   DATED: December 6, 2010          Bingham McCutchen LLP

7                                   By: /s/ Kevin J. Woods
8                                       Donald S. Davidson
                                        Michael D. Blanchard
9                                       Kevin J. Woods
                                        Attorneys for Defendants

10

11  DATED: December 6, 2010          Kabateck Brown Kellner LLP

12                                   By: /s/ Alfredo Torrijos
                                         Alfredo Torrijos
13                                       Attorneys for Plaintiffs

14

15

16

17
       **IT IS SO ORDERED.**
18
       Defendant shall file an Answer to the Complaint on or before December 13, 2010.
19

20

21  DATED: 12/7/10                   _____
22                                   United States District Judge
                                     Judge Samuel Conti
23

24

25

26

27

28