1  BRIAN S. KABATECK, SBN 152054
   (bsk@kbklawyers.com)
2  RICHARD L. KELLNER, SBN 171416
   (rlk@kbklawyers.com)
3  KAREN LIAO, SBN 256072
   (kliao@kbklawyers.com)
4  KABATECK BROWN KELLNER LLP
   644 South Figueroa Street
5  Los Angeles, CA 90017
   Telephone: (213) 217-5000
6  Facsimile: (213) 217-5010

7  *Attorneys for Plaintiffs Theodore Kagan,
   James Aven, Frances Levy, Elaine Soffa,*
8  *Joseph Soffa, Alberkrack Family
   Limited Partnership and the proposed class*
9
   Barbara Quinn Smith (*Pro Hac Vice*)
10  (bqsmith@mhclaw.com)
    MADDOX HARGETT & CARUSO PC
11  9853 Johnnycake Ridge Road, Suite 302
    Mentor, OH 44060
12  Telephone: (440) 354-4010
    Facsimile: (440 848-8175
13
    *Attorneys for Plaintiff Brent Balkema
14  and the proposed class*

15

**UNITED STATES DISTRICT COURT**

16

**NORTHERN DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18  THEODORE KAGAN, JAMES AVEN, FRANCES LEVY, ELAINE SOFFA, JOSEPH SOFFA, and ALBERKRACK FAMILY LIMITED PARTNERSHIP, on behalf of themselves and all others similarly situated, | Case Nos. CV 09 5337 SC and CV 11 0412 SC |
| 19 | |
| | Hon. Samuel Conti |
| 20 | |
| | **STIPULATION OF BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND [PROPOSED] ORDER THEREON** |
| 21  Plaintiff, | |
| 22  vs. | |
| 23 | |
| 24  WACHOVIA SECURITIES, L.L.C., a North Carolina limited liability company; WACHOVIA SECURITIES FINANCIAL NETWORK, L.L.C., a North Carolina limited liability company; WACHOVIA CAPITAL MARKETS, L.L.C., a North Carolina limited liability company; WELLS FARGO ADVISORS, L.L.C., a Delaware | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**STIPULATION ON BRIEFING SCHEDULE AND [PROPOSED] ORDER THEREON**

| | |
|---|---|
| 1 | limited liability company; WELLS FARGO ADVISORS FINANCIAL NETWORK, L.L.C., a Delaware limited liability company; WELLS FARGO SECURITIES, L.L.C., a Delaware limited liability company; WELLS FARGO & COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive, |

Defendants.

---

BRENT BALKEMA, as Trustee for the Jesse J. Balkema Rev Trust, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

WACHOVIA SECURITIES, LLC, a North Carolina limited liability company, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, a North Carolina limited liability company, WELLS FARGO ADVISORS LLC; a Delaware limited liability company, WELLS FARGO SECURITIES FINANCIAL NETWORK, LLC, a Delaware limited liability company,

Defendants.

**STIPULATION ON BRIEFING SCHEDULE AND [PROPOSED] ORDER THEREON**

     Through this Stipulation, Plaintiffs Theodore Kagan, James Aven, Frances Levy, Elaine Soffa, Joseph Soffa, Alberkrack Family Limited Partnership, Brent Balkema ("Plaintiffs") and Defendants Wells Fargo Advisors, LLC (sued under its own name and also under the name "Wachovia Securities, LLC"), Wells Fargo Advisors Financial Network, LLC (sued under its own name and also under the name "Wachovia Securities Financial Network, LLC"), Wells Fargo Securities (sued under its own name and also under the name "Wachovia Capital Markets, LLC") and Wells Fargo & Company ("Defendants"), collectively referred to herein as the "Parties," through their counsel of record, stipulate to the extension of all deadlines relating to Plaintiff's Motion for Class Certification.

     WHEREAS, at the status conference of April 15, 2011, the Court set the hearing for Plaintiff's Motion to Certify the Class for July 22, 2011 at 10:00 a.m.;

     WHEREAS, the following deadlines regarding Plaintiff's Motion for Class Certification apply based on the July 22, 2011 hearing date:

| | |
|---|---|
| Plaintiff's Motion Due | June 17, 2011 |
| Defendant's Opposition Due | July 1, 2011 |
| Plaintiff's Reply Due | July 8, 2011 |

     WHEREAS, during the last several weeks, the Parties have engaged in extensive good faith settlement discussions and have agreed on the framework in principle for reaching a final settlement agreement. The Parties anticipate that they will complete their negotiations within the next three weeks;

     WHEREAS, should the Parties reach an agreement on a final settlement, Plaintiff's motion for class certification would be moot and the Parties do not wish to burden the Court with unnecessary filings;

1

**STIPULATION ON BRIEFING SCHEDULE AND [PROPOSED] ORDER THEREON**

1  NOW, THEREFORE, the Parties jointly request and hereby stipulate that the
2  hearing date for Plaintiff's Motion for Class Certification be continued, such that the
3  following new deadlines apply to Plaintiff's motion for class certification:
4      Plaintiff's Motion Due                    July 15, 2011
5      Defendant's Opposition Due            July 29, 2011
6      Plaintiff's Reply Due                       August 5, 2011
7      Hearing                                      August 19, 2011[1]
8
9  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**
10 DATED: June 16, 2011        KABATECK BROWN KELLNER LLP
11
12                                     By: __/s/_____
13                                          Richard L. Kellner
                                         Karen Liao
14 *Counsel for Plaintiffs Theodore Kagan, James Aven,*
15 *Frances Levy, Elaine Soffa, Joseph Soffa, Alberkrack*
   *Family Limited Partnership and the proposed class*
16
17 DATED: June 16, 2011        BINGHAM McCUTCHEN LLP
18                                    Michael D. Blanchard (*Pro Hac Vice*)
19                                    One State Street
                                      Hartford, CT 06103-3178
20                                    Telephone: 860.240.2700
21                                    Facsimile: 860.240.2800
                                      michael.blanchard@bingham.com
22
23                                    BINGHAM McCUTCHEN LLP
                                      DONALD S. DAVIDSON (SBN 231908)
24                                    KEVIN J. WOODS (SBN 214819)
25                                    SARAH L. BISHOP (SBN 258051)
                                      Three Embarcadero Center
26
27 _____
28 [1] The Parties have designated August 19 as an available alternative hearing date in light of pre-existing commitments on August 5 and August 26, 2011.

2
**STIPULATION ON BRIEFING SCHEDULE AND [PROPOSED] ORDER THEREON**

San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
donald.davidson@bingham.com
kevin.woods@bingham.com
sarah.bishop@bingham.com


By: ___/s/_____
      Michael D. Blanchard *(Pro Hac Vice)*
*Counsel for Defendants Wells Fargo Advisors, Wells Fargo Advisors Financial Network, LLC, Wells Fargo Securities and Wells Fargo & Company*

3

**STIPULATION ON BRIEFING SCHEDULE AND [PROPOSED] ORDER THEREON**

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

2
3     Pursuant to the stipulation of the Parties and good cause appearing, the hearing
4  for Plaintiff's Motion for Class Certification is continued from July 22, 2011 to ~~August~~
   September 9, 2011
5  ~~19, 2011~~. The deadline for Plaintiff s to file their motion for class certification is July
6  15, 2011. The deadline for Defendants to file their opposition to Plaintiff's Motion for
7  Class Certification is July 29, 2011 and the deadline for Plaintiff to file a reply to the
8  opposition is August 5, 2011.

9  DATED: _____6/21_____, 2011



11  Hon. Samuel Conti
12  United States District Judge

4

**STIPULATION ON BRIEFING SCHEDULE AND [PROPOSED] ORDER THEREON**