BINGHAM McCUTCHEN LLP
DONALD S. DAVIDSON (SBN 231908)
KEVIN J. WOODS (SBN 214819)
SARAH L. BISHOP (SBN 258051)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
donald.davidson@bingham.com
kevin.woods@bingham.com
sarah.bishop@bingham.com

BINGHAM McCUTCHEN LLP
MICHAEL D. BLANCHARD (*pro hac vice*)
One State Street
Hartford, CT 06103-3178
Telephone: 860.240.2700
Facsimile: 860.240.2800
michael.blanchard@bingham.com

Attorneys for Defendants
Wells Fargo Advisors, LLC, Wells Fargo Advisors Financial Network, LLC, Wells Fargo Securities, LLC, and Wells Fargo & Company

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

THEODORE KAGAN, JAMES AVEN, FRANCES LEVY, ELAINE SOFFA, JOSEPH SOFFA, and ALBERKRACK FAMILY LIMITED PARTNERSHIP, on behalf of themselves and all others similarly situated,

Plaintiff,

vs.

WACHOVIA SECURITIES, L.L.C., a North Carolina limited liability company; WACHOVIA SECURITIES FINANCIAL NETWORK, L.L.C., a North Carolina limited liability company; WACHOVIA CAPITAL MARKETS, L.L.C., a North Carolina limited liability company; WELLS FARGO ADVISORS, L.L.C., a Delaware limited liability company; WELLS FARGO ADVISORS FINANCIAL

Case Nos. CV 09 5337 SC and CV 11 0412 SC

Hon. Samuel Conti

**STIPULATION OF BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND [~~PROPOSED~~] ORDER THEREON**

NETWORK, L.L.C., a Delaware limited liability company; WELLS FARGO SECURITIES, L.L.C., a Delaware limited liability company; WELLS FARGO & COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive,

Defendants.

---

BRENT BALKEMA, as Trustee for the Jesse J. Balkema Rev Trust, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

WACHOVIA SECURITIES, LLC, a North Carolina limited liability company, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, a North Carolina limited liability company, WELLS FARGO ADVISORS LLC; a Delaware limited liability company, WELLS FARGO SECURITIES FINANCIAL NETWORK, LLC, a Delaware limited liability company,

Defendants.

Through this Stipulation, Plaintiffs Theodore Kagan, James Aven, Frances Levy, Elaine Soffa, Joseph Soffa, Alberkrack Family Limited Partnership, Brent Balkema ("Plaintiffs") and Defendants Wells Fargo Advisors, LLC (sued under its own name and also under the name "Wachovia Securities, LLC"), Wells Fargo Advisors Financial Network, LLC (sued under its own name and also under the name "Wachovia Securities Financial Network, LLC"), Wells Fargo Securities (sued under its own name and also under the name "Wachovia Capital Markets, LLC") and Wells Fargo & Company ("Defendants"), collectively referred to herein as the "Parties," through their counsel of record, stipulate to the extension of all deadlines relating to Plaintiffs' Motion for Class Certification.

WHEREAS, during the last several weeks, the Parties have engaged in extensive good faith settlement discussions and have agreed on the framework in principle for reaching a final settlement agreement. The Parties anticipate that they will complete their negotiations within the next few weeks;

WHEREAS, should the Parties reach an agreement on a final settlement, Plaintiffs' motion for class certification would be moot and the Parties do not wish to burden the Court with unnecessary filings;

WHEREAS, pursuant to the Parties' stipulation, on June 21, 2011 this Court reset the hearing for Plaintiffs' Motion for Class Certification for September 9, 2011 [Doc. No. 63];

NOW, THEREFORE, the Parties jointly request and hereby stipulate that the briefing dates for Plaintiffs' Motion for Class Certification be continued, calculated based on the new hearing date of September 9, 2011, such that the following new deadlines apply to Plaintiffs' motion for class certification:

| | |
|---|---|
| Plaintiffs' Motion Due | August 5, 2011 |
| Defendants' Opposition Due | August 19, 2011 |
| Plaintiffs' Reply Due | August 26, 2011 |

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED: June 22, 2011

KABATECK BROWN KELLNER LLP

By: /s/ Karen Liao
Richard L. Kellner
Karen Liao
*Counsel for Plaintiffs Theodore Kagan, James Aven, Frances Levy, Elaine Soffa, Joseph Soffa, Alberkrack Family Limited Partnership and the proposed class*

DATED: June 22, 2011

BINGHAM McCUTCHEN LLP
Michael D. Blanchard (*Pro Hac Vice*)
One State Street
Hartford, CT 06103-3178
Telephone: 860.240.2700
Facsimile: 860.240.2800
michael.blanchard@bingham.com

BINGHAM McCUTCHEN LLP
DONALD S. DAVIDSON (SBN 231908)
KEVIN J. WOODS (SBN 214819)
SARAH L. BISHOP (SBN 258051)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
donald.davidson@bingham.com
kevin.woods@bingham.com
sarah.bishop@bingham.com

By: /s/ Michael D. Blanchard
Michael D. Blanchard (*Pro Hac Vice*)
*Counsel for Defendants Wells Fargo Advisors, Wells Fargo Advisors Financial Network, LLC, Wells Fargo Securities and Wells Fargo & Company*

Attestation: I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

DATED: June 22, 2011

BINGHAM McCUTCHEN LLP
Michael D. Blanchard (*Pro Hac Vice*)
One State Street
Hartford, CT 06103-3178
Telephone: 860.240.2700
Facsimile: 860.240.2800
michael.blanchard@bingham.com

BINGHAM McCUTCHEN LLP
DONALD S. DAVIDSON (SBN 231908)
KEVIN J. WOODS (SBN 214819)
SARAH L. BISHOP (SBN 258051)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
donald.davidson@bingham.com
kevin.woods@bingham.com
sarah.bishop@bingham.com

By: /s/ Michael D. Blanchard
Michael D. Blanchard (*Pro Hac Vice*)
*Counsel for Defendants Wells Fargo Advisors, Wells Fargo Advisors Financial Network, LLC, Wells Fargo Securities and Wells Fargo & Company*

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Pursuant to the stipulation of the Parties and good cause appearing, the briefing schedule for Plaintiffs' Motion for Class Certification is continued. The deadline for Plaintiffs to file their motion for class certification is August 5, 2011. The deadline for Defendants to file their opposition to Plaintiffs' Motion for Class Certification is August 19, 2011 and the deadline for Plaintiffs to file a reply to the opposition is August 26, 2011.

DATED: 6/23, 2011

