1  BINGHAM McCUTCHEN LLP
   DONALD S. DAVIDSON (SBN 231908)
2  SARAH L. BISHOP (SBN 258051)
   Three Embarcadero Center
3  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
4  Facsimile:  415.393.2286
   donald.davidson@bingham.com
5  sarah.bishop@bingham.com

6  BINGHAM McCUTCHEN LLP
   MICHAEL D. BLANCHARD (*pro hac vice*)
7  One State Street
   Hartford, CT 06103-3178
8  Telephone:  860.240.2700
   Facsimile:  860.240.2800
9  michael.blanchard@bingham.com

10 Attorneys for Defendants
   Wells Fargo Advisors, LLC, Wells Fargo Advisors
11 Financial Network, LLC, Wells Fargo Securities, LLC,
   and Wells Fargo & Company

12

13                       UNITED STATES DISTRICT COURT

14                     NORTHERN DISTRICT OF CALIFORNIA

15                           SAN FRANCISCO DIVISION

16

| 17 | THEODORE KAGAN, JAMES AVEN, FRANCES LEVY, ELAINE SOFFA, JOSEPH SOFFA, and ALBERKRACK FAMILY LIMITED PARTNERSHIP, on behalf of themselves and all others similarly situated, | No. 09-5337 (SC) |
|---|---|---|
| 18 | | **STIPULATION TO REMOVE UPCOMING DATES FROM CALENDAR AND SET DEADLINE TO SUBMIT SETTLEMENT AGREEMENT FOR THE COURT'S APPROVAL** |
| 19 | | |
| 20 | Plaintiffs, | |
| 21 | v. | Judge:    Hon. Samuel Conti |
| 22 | WACHOVIA SECURITIES, L.L.C., a North Carolina limited liability company; WACHOVIA SECURITIES FINANCIAL NETWORK, L.L.C., a North Carolina limited liability company; WACHOVIA CAPITAL MARKETS, L.L.C., a North Carolina limited liability company; WELLS FARGO ADVISORS, L.L.C., a Delaware limited liability company; WELLS FARGO ADVISORS FINANCIAL NETWORK, L.L.C., a Delaware limited liability company; WELLS FARGO SECURITIES, L.L.C., a Delaware limited liability company; WELLS | |

28

A/74462310.2/3003050-0000343638                                    09-5337 & 11-00412

STIPULATION TO REMOVE UPCOMING DATES FROM CALENDAR AND SET DEADLINE TO
SUBMIT SETTLEMENT AGREEMENT FOR THE COURT'S APPROVAL

| | | |
|---|---|---|
| 1 | FARGO & COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive, | |
| 2 | | |
| 3 | Defendants. | |
| 4 | BRENT BALKEMA, as Trustee for the Jesse J. Balkema Rev Trust, on behalf of himself and all others similarly situated, | No. CV-11-00412 (SC) |
| 5 | | |
| 6 | Plaintiffs, | |
| 7 | v. | |
| 8 | WACHOVIA SECURITIES, LLC, a North Carolina limited liability company, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, a North Carolina limited liability company, WELLS FARGO ADVISORS LLC; a Delaware limited liability company, WELLS FARGO SECURITIES FINANCIAL NETWORK, LLC, a Delaware limited liability company, | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | Defendants. | |

Through this Stipulation, Plaintiffs Theodore Kagan, James Aven, Frances Levy, Elaine Soffa, Joseph Soffa, Alberkrack Family Limited Partnership, and Brent Balkema ("Plaintiffs") and Defendants Wells Fargo Advisors, LLC (sued under its own name and also under the name "Wachovia Securities, LLC"), Wells Fargo Advisors Financial Network, LLC (sued under its own name and also under the name "Wachovia Securities Financial Network, LLC"), Wells Fargo Securities (sued under its own name and also under the name "Wachovia Capital Markets, LLC") and Wells Fargo & Company  ("Defendants"), collectively referred to herein as the "Parties," through their counsel of record, stipulate to the extension of all deadlines relating to Plaintiffs' Motion for Class Certification, Defendants' Answer to Plaintiff Balkema's Complaint, and all other dates currently appearing on the Court's calendar.

WHEREAS, during the last several weeks, the Parties have engaged in extensive good faith settlement discussions and reached a Memorandum of Understanding regarding the settlement of the *Kagan* and *Balkema* consolidated class actions;

WHEREAS, confirmatory discovery is underway in support of the settlement and the parties expect it to be concluded by September 30, 2011;

A/74462310.2/3003050-0000343638                   2                   09-5337 (SC) & 11-00412 (SC)

STIPULATION TO REMOVE UPCOMING DATES FROM CALENDAR AND SET DEADLINE TO SUBMIT SETTLEMENT AGREEMENT FOR THE COURT'S APPROVAL

1       WHEREAS, should the Parties reach an agreement on a final settlement, Plaintiffs'

2 Motion for Class Certification and Defendants' Answer to the Balkema Complaint will be moot,

3 and the Parties do not wish to burden the Court with unnecessary filings, nor needlessly expend

4 the parties' resources;

5       NOW, THEREFORE, the Parties jointly request and hereby stipulate that all forthcoming

6 dates be removed from the Court's calendar, except that the Parties shall submit a settlement

7 agreement, combined with a stipulation to conditionally certify a class for settlement purposes,

8 for the Court's approval under Federal Rule of Civil Procedure 23(e), no later than

9 September 30, 2011.

10       **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

11 DATED: August 4, 2011

12                                       KABATECK BROWN KELLNER LLP

15                               By:          /s/ Karen Liao
                                          Richard L. Kellner
16                                           Karen Liao
                                          Attorneys for Plaintiffs

18 DATED: August 4, 2011

19                                       BINGHAM MCCUTCHEN LLP

22                               By:        /s/ Michael D. Blanchard
                                          Michael D. Blanchard
23                                           Donald S. Davidson
                                          Sarah L. Bishop
24                                           Attorneys for Defendants

**ATTESTATION**

1. I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: August 4, 2011

                BINGHAM MCCUTCHEN LLP

By:        /s/ Sarah L. Bishop
           Michael D. Blanchard
           Donald S. Davidson
           Sarah L. Bishop
           Attorneys for Defendants

A/74462310.2/3003050-0000343638      4      09-5337 (SC) & 11-00412 (SC)

STIPULATION TO REMOVE UPCOMING DATES FROM CALENDAR AND SET DEADLINE TO SUBMIT SETTLEMENT AGREEMENT FOR THE COURT'S APPROVAL

|     |     |
| --- | --- |
| 1   | **PURSUANT TO STIPULATION, IT IS SO ORDERED:** |
| 2   | Pursuant to the stipulation of the Parties and good cause appearing, all dates currently |
| 3   | appearing on the Court's calendar shall be taken off calendar.  The deadline for the Parties to |
| 4   | submit a settlement agreement, combined with a stipulation to conditionally certify a class for |
| 5   | settlement purposes, for the Court's approval under Federal Rule of Civil Procedure 23(e) shall |
| 6   | be September 30, 2011. |
| 7   | DATED: August __8__, 2011 |

By:_____

IT IS SO ORDERED

Judge Samuel Conti

United States District Judge

A/74462310.2/3003050-0000343638     5     09-5337 (SC) & 11-00412 (SC)

STIPULATION TO REMOVE UPCOMING DATES FROM CALENDAR AND SET DEADLINE TO
SUBMIT SETTLEMENT AGREEMENT FOR THE COURT'S APPROVAL