BINGHAM McCUTCHEN LLP
DONALD S. DAVIDSON (SBN 231908)
SARAH L. BISHOP (SBN 258051)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
donald.davidson@bingham.com
sarah.bishop@bingham.com

BINGHAM McCUTCHEN LLP
MICHAEL D. BLANCHARD (*pro hac vice*)
One State Street
Hartford, CT 06103-3178
Telephone: 860.240.2700
Facsimile: 860.240.2800
michael.blanchard@bingham.com

Attorneys for Defendants
Wells Fargo Advisors, LLC, Wells Fargo Advisors
Financial Network, LLC, Wells Fargo Securities, LLC,
and Wells Fargo & Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THEODORE KAGAN, JAMES AVEN, FRANCES LEVY, ELAINE SOFFA, JOSEPH SOFFA, and ALBERKRACK FAMILY LIMITED PARTNERSHIP, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA SECURITIES, L.L.C., a North Carolina limited liability company; WACHOVIA SECURITIES FINANCIAL NETWORK, L.L.C., a North Carolina limited liability company; WACHOVIA CAPITAL MARKETS, L.L.C., a North Carolina limited liability company; WELLS FARGO ADVISORS, L.L.C., a Delaware limited liability company; WELLS FARGO ADVISORS FINANCIAL NETWORK, L.L.C., a Delaware limited liability company; WELLS FARGO SECURITIES, L.L.C., a Delaware limited liability company; WELLS | No. 09-5337 (SC)<br><br>**STIPULATION TO EXTEND DEADLINE TO SUBMIT SETTLEMENT AGREEMENT FOR THE COURT'S APPROVAL**<br><br>Judge:   Hon. Samuel Conti |

| | | |
|---|---|---|
| 1 | FARGO & COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive, | |
| 2 | Defendants. | |
| 3 | | |
| 4 | BRENT BALKEMA, as Trustee for the Jesse J. Balkema Rev Trust, on behalf of himself and all others similarly situated, | No. CV-11-00412 (SC) |
| 5 | | |
| 6 | Plaintiffs, | |
| 7 | v. | |
| 8 | WACHOVIA SECURITIES, LLC, a North Carolina limited liability company, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, a North Carolina limited liability company, WELLS FARGO ADVISORS LLC; a Delaware limited liability company, WELLS FARGO SECURITIES FINANCIAL NETWORK, LLC, a Delaware limited liability company, | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | Defendants. | |
| 13 | | |

14  Through this Stipulation, Plaintiffs Theodore Kagan, James Aven, Frances Levy, Elaine
15  Soffa, Joseph Soffa, Alberkrack Family Limited Partnership, and Brent Balkema ("Plaintiffs")
16  and Defendants Wells Fargo Advisors, LLC (sued under its own name and also under the name
17  "Wachovia Securities, LLC"), Wells Fargo Advisors Financial Network, LLC (sued under its
18  own name and also under the name "Wachovia Securities Financial Network, LLC"), Wells
19  Fargo Securities (sued under its own name and also under the name "Wachovia Capital Markets,
20  LLC") and Wells Fargo & Company  ("Defendants"), collectively referred to herein as the
21  "Parties," through their counsel of record, stipulate to extend the previously agreed deadline for
22  the parties to submit a class action settlement stipulation and motion for preliminary approval of
23  settlement, which is currently set for September 30, 2011.
24  WHEREAS, the Parties have in good faith been engaging in discussions regarding
25  confirmatory discovery in connection with the settlement;
26  WHEREAS, Defendants have encountered unanticipated delays in collecting data
27  requested by Plaintiffs for purposes of confirmatory discovery due to the difficulty of collecting
28  the relevant data (which is more than ten years old);

1   WHEREAS, Plaintiffs will require time to review data produced by Defendants and wish
2   to take the deposition(s) of relevant employee(s) of Defendants after receiving the data;
3   WHEREAS, the Parties believe that they will be able to complete confirmatory discovery
4   by October 31, 2011;
5   WHEREAS, the Parties will require some time following confirmatory discovery to
6   finalize a settlement stipulation and motion for preliminary approval;
7   NOW, THEREFORE, the Parties jointly request and hereby stipulate that the Parties shall
8   submit a settlement agreement, combined with a stipulation to conditionally certify a class for
9   settlement purposes, for the Court's approval under Federal Rule of Civil Procedure 23(e), no
10  later than November 15, 2011.
11  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**
12  DATED:  September 20, 2011

KABATECK BROWN KELLNER LLP

By:_____/s/ Karen Liao_____
Richard L. Kellner
Karen Liao
Attorneys for Plaintiffs

19  DATED:  September 20, 2011

BINGHAM MCCUTCHEN LLP

By:_____/s/ Michael D. Blanchard_____
Michael D. Blanchard
Donald S. Davidson
Sarah L. Bishop
Attorneys for Defendants

**ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: September 20, 2011

                                BINGHAM MCCUTCHEN LLP

                          By:            /s/ Sarah L. Bishop
                                     Michael D. Blanchard
                                     Donald S. Davidson
                                     Sarah L. Bishop
                                    Attorneys for Defendants

1     **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

2     Pursuant to the stipulation of the Parties and good cause appearing, the deadline for the Parties to submit a class action settlement stipulation and motion for preliminary approval of settlement shall be November 15, 2011.

DATED: September __22__, 2011

By:
United States District Judge
Judge Samuel Conti