1   BRIAN S. KABATECK, SBN 152054
     (bsk@kbklawyers.com)
2   RICHARD L. KELLNER, SBN 171416
     (rlk@kbklawyers.com)
3   KAREN LIAO, SBN 256072
     (kliao@kbklawyers.com)
4   KABATECK BROWN KELLNER LLP
    644 South Figueroa Street
5   Los Angeles, CA 90017
    Telephone: (213) 217-5000
6   Facsimile: (213) 217-5010

7   *Attorneys for Plaintiffs Theodore Kagan,
    James Aven, Frances Levy, Elaine Soffa,*
8   *Joseph Soffa, Alberkrack Family
    Limited Partnership, Brent Balkema*
9   *and the proposed class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE KAGAN, JAMES AVEN, FRANCES LEVY, ELAINE SOFFA, JOSEPH SOFFA, and ALBERKRACK FAMILY LIMITED PARTNERSHIP, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA SECURITIES, L.L.C., a North Carolina limited liability company; WACHOVIA SECURITIES FINANCIAL NETWORK, L.L.C., a North Carolina limited liability company; WACHOVIA CAPITAL MARKETS, L.L.C., a North Carolina limited liability company; WELLS FARGO ADVISORS, L.L.C., a Delaware limited liability company; WELLS FARGO ADVISORS FINANCIAL NETWORK, L.L.C., a Delaware limited liability company; WELLS FARGO SECURITIES, L.L.C., a Delaware limited liability company; WELLS FARGO & COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive, | Case Nos. CV 09 5337 SC and CV 11 0412 SC<br><br>Hon. Samuel Conti<br><br>**STIPULATION TO EXTEND DEADLINE TO SUBMIT CLASS ACTION SETTLEMENT STIPULATION; [~~PROPOSED~~] ORDER THEREON** |

---

**STIPULATION RE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DATE TO FILE ANSWER TO THE COMPLAINT; [PROPOSED] ORDER THEREON (3:09-cv-05337-SC)**

| | |
|---|---|
| 1 | Defendants. |
| 2 | |
| 3 | BRENT BALKEMA, as Trustee for the Jesse J. Balkema Rev Trust, on behalf of himself and all others similarly situated, |
| 4 | |
| 5 | Plaintiff, |
| 6 | vs. |
| 7 | WACHOVIA SECURITIES, LLC, a North Carolina limited liability company, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, a North Carolina limited liability company, WELLS FARGO ADVISORS LLC; a Delaware limited liability company, WELLS FARGO SECURITIES FINANCIAL NETWORK, LLC, a Delaware limited liability company, |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | Defendants. |

**STIPULATION TO EXTEND DEADLINE TO SUBMIT CLASS ACTION SETTLEMENT STIPULATION; [PROPOSED] ORDER THEREON (3:09-cv-05337-SC)**

Through this Stipulation, Plaintiffs Theodore Kagan, James Aven, Frances Levy, Elaine Soffa, Joseph Soffa, Alberkrack Family Limited Partnership, and Brent Balkema ("Plaintiffs") and Defendants Wells Fargo Advisors, LLC (sued under its own name and also under the name "Wachovia Securities, LLC"), Wells Fargo Advisors Financial Network, LLC (sued under its own name and also under the name "Wachovia Securities Financial Network, LLC"), Wells Fargo Securities (sued under its own name and also under the name "Wachovia Capital Markets, LLC") and Wells Fargo & Company ("Defendants"), collectively referred to herein as the "Parties," through their counsel of record, stipulate to extend the deadline for the Parties to submit a class action settlement stipulation and motion for preliminary approval of settlement, which is currently set for November 15, 2011.

WHEREAS, the Parties have in good faith been engaging in discussions regarding confirmatory discovery in connection with the settlement;

WHEREAS, Defendants encountered unanticipated delays in collecting data requested by Plaintiffs for purposes of confirmatory discovery due to the difficulty of collecting the relevant data;

WHEREAS, the data collection required searching for information from thousands of accounts dating back thirteen years, and the results comprised more than 10,000 lines of raw data;

WHEREAS, Defendants have now completed their collection of the data requested by Plaintiffs for purposes of confirmatory discovery and produced the data to Plaintiffs;

WHEREAS, Plaintiffs are in the process of reviewing the data produced by Defendants and wish to take the deposition(s) of relevant employee(s) of Defendants after completing their review;

WHEREAS, the parties require additional time to complete confirmatory discovery and anticipate completing the discovery within the next three (3) weeks;

WHEREAS, the Court has previously extended the deadline to submit a class

1

**STIPULATION TO EXTEND DEADLINE TO SUBMIT CLASS ACTION SETTLEMENT STIPULATION; [PROPOSED] ORDER THEREON (3:09-cv-05337-SC)**

1  action settlement stipulation from September 30, 2011 to November 15, 2011 pursuant to
2  the Parties' stipulation;
3       NOW, THEREFORE, the Parties jointly request and hereby stipulate that the
4  deadline to submit a class action settlement stipulation and motion for preliminary
5  approval under Rule 23(e) of the Federal Rules of Civil Procedure be extended by three
6  (3) weeks.  The Parties shall submit a class action settlement stipulation and motion for
7  preliminary approval by December 6, 2011.
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

DATED: November 11, 2011         KABATECK BROWN KELLNER LLP


By: /s/_____
     Richard L. Kellner
     Karen Liao
*Counsel for Plaintiffs Theodore Kagan, James Aven, Frances Levy, Elaine Soffa, Joseph Soffa, Alberkrack Family Limited Partnership, Brent Balkema and the proposed class*

DATED: November 11, 2011         BINGHAM McCUTCHEN LLP
                                 Michael D. Blanchard (*Pro Hac Vice*)
                                 One State Street
                                 Hartford, CT 06103-3178
                                 Telephone: 860.240.2700
                                 Facsimile: 860.240.2800
                                 michael.blanchard@bingham.com

                                 BINGHAM McCUTCHEN LLP
                                 DONALD S. DAVIDSON (SBN 231908)
                                 SARAH L. BISHOP (SBN 258051)
                                 Three Embarcadero Center
                                 San Francisco, CA 94111-4067
                                 Telephone: 415.393.2000
                                 Facsimile: 415.393.2286
                                 donald.davidson@bingham.com
                                 sarah.bishop@bingham.com


By: /s/_____
     Michael D. Blanchard *(Pro Hac Vice)*
*Counsel for Defendants Wells Fargo Advisors, Wells Fargo Advisors Financial Network, LLC, Wells Fargo Securities and Wells Fargo & Company*

---

3

**STIPULATION TO EXTEND DEADLINE TO SUBMIT CLASS ACTION SETTLEMENT STIPULATION; [PROPOSED] ORDER THEREON (3:09-cv-05337-SC)**

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

    Pursuant to the stipulation of the Parties and good cause appearing, the deadline for the Parties to submit a stipulation and agreement for class action settlement and motion for preliminary approval shall be December 6, 2011.

DATED: __11/14/11__, 2011



_____
Hon. Samuel Conti
United States District Judge

4
**STIPULATION TO EXTEND DEADLINE TO SUBMIT CLASS ACTION SETTLEMENT STIPULATION; [PROPOSED] ORDER THEREON (3:09-cv-05337-SC)**