| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | DONALD S. DAVIDSON (SBN 231908) |
| 2 | SARAH L. BISHOP (SBN 258051) |
| | Three Embarcadero Center |
| 3 | San Francisco, CA  94111-4067 |
| | Telephone:  415.393.2000 |
| 4 | Facsimile:  415.393.2286 |
| | donald.davidson@bingham.com |
| 5 | sarah.bishop@bingham.com |
| 6 | BINGHAM McCUTCHEN LLP |
| | MICHAEL D. BLANCHARD (*pro hac vice*) |
| 7 | One State Street |
| | Hartford, CT 06103-3178 |
| 8 | Telephone:  860.240.2700 |
| | Facsimile:  860.240.2800 |
| 9 | michael.blanchard@bingham.com |
| 10 | Attorneys for Defendants |
| | Wells Fargo Advisors, LLC, Wells Fargo Advisors |
| 11 | Financial Network, LLC, Wells Fargo Securities, LLC, |
| | and Wells Fargo & Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THEODORE KAGAN, JAMES AVEN, FRANCES LEVY, ELAINE SOFFA, JOSEPH SOFFA, and ALBERKRACK FAMILY LIMITED PARTNERSHIP, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA SECURITIES, L.L.C., a North Carolina limited liability company; WACHOVIA SECURITIES FINANCIAL NETWORK, L.L.C., a North Carolina limited liability company; WACHOVIA CAPITAL MARKETS, L.L.C., a North Carolina limited liability company; WELLS FARGO ADVISORS, L.L.C., a Delaware limited liability company; WELLS FARGO ADVISORS FINANCIAL NETWORK, L.L.C., a Delaware limited liability company; WELLS FARGO SECURITIES, L.L.C., a Delaware limited liability company; WELLS FARGO & COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive, | No. 09-5337 (SC)<br><br>**STIPULATION TO EXTEND DEADLINE TO SUBMIT SETTLEMENT AGREEMENT FOR THE COURT'S APPROVAL**<br><br>Judge:     Hon. Samuel Conti |

| | |
|---|---|
| Defendants. | |
| BRENT BALKEMA, as Trustee for the Jesse J. Balkema Rev Trust, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA SECURITIES, LLC, a North Carolina limited liability company, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, a North Carolina limited liability company, WELLS FARGO ADVISORS LLC; a Delaware limited liability company, WELLS FARGO SECURITIES FINANCIAL NETWORK, LLC, a Delaware limited liability company,<br><br>Defendants. | No. CV-11-00412 (SC) |

Through this Stipulation, Plaintiffs Theodore Kagan, James Aven, Frances Levy, Elaine Soffa, Joseph Soffa, Alberkrack Family Limited Partnership, and Brent Balkema ("Plaintiffs") and Defendants Wells Fargo Advisors, LLC (sued under its own name and also under the name "Wachovia Securities, LLC"), Wells Fargo Advisors Financial Network, LLC (sued under its own name and also under the name "Wachovia Securities Financial Network, LLC"), Wells Fargo Securities (sued under its own name and also under the name "Wachovia Capital Markets, LLC") and Wells Fargo & Company ("Defendants"), collectively referred to herein as the "Parties," through their counsel of record, hereby stipulate to extend the previously agreed deadline for the parties to submit a proposed class action settlement stipulation and motion for preliminary approval of settlement to January 13, 2012.

WHEREAS, the Parties have exchanged drafts of a proposed settlement agreement on behalf of a proposed settlement class and are in good faith working towards completing drafts of accompanying documents necessary for the Court's consideration of the proposed settlement, subject to completion of confirmatory discovery;

WHEREAS, given the nature of this litigation and proposed settlement, involving a class action regarding the settlement of claims arising from a previous class action, the proposed

1  settlement drafts and accompanying settlement materials are complicated documents not readily

2  duplicated by use of boilerplate class action settlement language and require extensive drafting

3  of appropriate language for the Court's consideration;

4   WHEREAS, the Parties have in good faith been engaging in confirmatory discovery in

5  connection with the settlement and such discovery is near complete;

6   WHEREAS, upon completion of confirmatory discovery, anticipated to occur by

7  December 18, 2011, the Parties will be able to finalize a proposed settlement and all

8  accompanying documents necessary for the Court's consideration;

9   WHEREAS, the Parties anticipate that they will be able to resolve all outstanding details

10 and finalize the proposed settlement by January 13, 2012;

11  NOW, THEREFORE, the Parties jointly request and hereby stipulate that the Parties shall

12 submit a settlement agreement, combined with a stipulation to conditionally certify a class for

13 settlement purposes, for the Court's approval under Federal Rule of Civil Procedure 23(e), no

14 later than January 13, 2012.

15 **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

16 DATED: December 6, 2011

17         KABATECK BROWN KELLNER LLP

20        By:   /s/ Karen Liao
         Richard L. Kellner
         Karen Liao
        Attorneys for Plaintiffs

22 DATED: December 6, 2011

23         BINGHAM MCCUTCHEN LLP

26        By:   /s/ Michael D. Blanchard
         Michael D. Blanchard
         Donald S. Davidson
         Sarah L. Bishop
        Attorneys for Defendants

| | |
|---|---|
| 1 | **ATTESTATION** |
| 2 | I hereby attest that I have on file all holograph signatures for any signatures indicated by |
| 3 | a "conformed" signature (/s/) within this e-filed document. |
| 4 | DATED:  December 6, 2011 |
| 5 | BINGHAM MCCUTCHEN LLP |
| 8 | By:_____/s/ Sarah L. Bishop_____ |
|   | Michael D. Blanchard |
|   | Donald S. Davidson |
|   | Sarah L. Bishop |
|   | Attorneys for Defendants |

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

2  Pursuant to the stipulation of the Parties and good cause appearing, the deadline for the

3  Parties to submit a class action settlement stipulation and motion for preliminary approval of

4  settlement shall be January 13, 2012.

5

6
   DATED: December __8__, 2011
7

8

9  By:_____

10

11

12

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]