1  BINGHAM McCUTCHEN LLP
   DONALD S. DAVIDSON (SBN 231908)
2  SARAH L. BISHOP (SBN 258051)
   Three Embarcadero Center
3  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
4  Facsimile:  415.393.2286
   donald.davidson@bingham.com
5  sarah.bishop@bingham.com

6  BINGHAM McCUTCHEN LLP
   MICHAEL D. BLANCHARD (*pro hac vice*)
7  One State Street
   Hartford, CT 06103-3178
8  Telephone:  860.240.2700
   Facsimile:  860.240.2800
9  michael.blanchard@bingham.com

10 Attorneys for Defendants
   Wells Fargo Advisors, LLC, Wells Fargo Advisors
11 Financial Network, LLC, Wells Fargo Securities, LLC,
   and Wells Fargo & Company

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

| 16 | THEODORE KAGAN, JAMES AVEN, FRANCES LEVY, ELAINE SOFFA, JOSEPH SOFFA, and ALBERKRACK FAMILY LIMITED PARTNERSHIP, on behalf of themselves and all others similarly situated, | No. 09-5337 (SC) |
|---|---|---|
| | | **STIPULATION TO EXTEND DEADLINE TO SUBMIT SETTLEMENT AGREEMENT FOR THE COURT'S APPROVAL** |
| | Plaintiffs, | |
| | v. | Judge:   Hon. Samuel Conti |
| | WACHOVIA SECURITIES, L.L.C., a North Carolina limited liability company; WACHOVIA SECURITIES FINANCIAL NETWORK, L.L.C., a North Carolina limited liability company; WACHOVIA CAPITAL MARKETS, L.L.C., a North Carolina limited liability company; WELLS FARGO ADVISORS, L.L.C., a Delaware limited liability company; WELLS FARGO ADVISORS FINANCIAL NETWORK, L.L.C., a Delaware limited liability company; WELLS FARGO SECURITIES, L.L.C., a Delaware limited liability company; WELLS FARGO & COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive, | |

| | |
|---|---|
| Defendants. | |
| BRENT BALKEMA, as Trustee for the Jesse J. Balkema Rev Trust, on behalf of himself and all others similarly situated, | No. CV-11-00412 (SC) |
| Plaintiffs, | |
| v. | |
| WACHOVIA SECURITIES, LLC, a North Carolina limited liability company, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, a North Carolina limited liability company, WELLS FARGO ADVISORS LLC; a Delaware limited liability company, WELLS FARGO SECURITIES FINANCIAL NETWORK, LLC, a Delaware limited liability company, | |
| Defendants. | |

Through this Stipulation, Plaintiffs Theodore Kagan, James Aven, Frances Levy, Elaine Soffa, Joseph Soffa, Alberkrack Family Limited Partnership, and Brent Balkema ("Plaintiffs") and Defendants Wells Fargo Advisors, LLC (sued under its own name and also under the name "Wachovia Securities, LLC"), Wells Fargo Advisors Financial Network, LLC (sued under its own name and also under the name "Wachovia Securities Financial Network, LLC"), Wells Fargo Securities (sued under its own name and also under the name "Wachovia Capital Markets, LLC") and Wells Fargo & Company ("Defendants"), collectively referred to herein as the "Parties," through their counsel of record, hereby stipulate to extend the previously agreed deadline for the parties to submit a proposed class action settlement stipulation and motion for preliminary approval of settlement to January 13, 2012.

WHEREAS, the Parties have exchanged drafts of a proposed settlement agreement on behalf of a proposed settlement class and are in good faith working towards completing drafts of accompanying documents necessary for the Court's consideration of the proposed settlement, subject to completion of confirmatory discovery;

WHEREAS, given the nature of this litigation and proposed settlement, involving a class action regarding the settlement of claims arising from a previous class action, the proposed

1   settlement drafts and accompanying settlement materials are complicated documents not readily

2   duplicated by use of boilerplate class action settlement language and require extensive drafting

3   of appropriate language for the Court's consideration;

4       WHEREAS, the Parties have in good faith been engaging in confirmatory discovery in

5   connection with the settlement and such discovery is near complete;

6       WHEREAS, upon completion of confirmatory discovery, anticipated to occur by

7   December 18, 2011, the Parties will be able to finalize a proposed settlement and all

8   accompanying documents necessary for the Court's consideration;

9       WHEREAS, the Parties anticipate that they will be able to resolve all outstanding details

10  and finalize the proposed settlement by January 13, 2012;

11      NOW, THEREFORE, the Parties jointly request and hereby stipulate that the Parties shall

12  submit a settlement agreement, combined with a stipulation to conditionally certify a class for

13  settlement purposes, for the Court's approval under Federal Rule of Civil Procedure 23(e), no

14  later than January 13, 2012.

15  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

16  DATED: December 6, 2011

17          KABATECK BROWN KELLNER LLP

20          By: /s/ Karen Liao
        Richard L. Kellner
        Karen Liao
        Attorneys for Plaintiffs

22  DATED: December 6, 2011

23          BINGHAM MCCUTCHEN LLP

26          By: /s/ Michael D. Blanchard
        Michael D. Blanchard
        Donald S. Davidson
        Sarah L. Bishop
        Attorneys for Defendants

**ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATED: December 6, 2011

                      BINGHAM MCCUTCHEN LLP

By:       /s/ Sarah L. Bishop
      Michael D. Blanchard
      Donald S. Davidson
      Sarah L. Bishop
      Attorneys for Defendants

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

2 Pursuant to the stipulation of the Parties and good cause appearing, the deadline for the
3 Parties to submit a class action settlement stipulation and motion for preliminary approval of
4 settlement shall be January 13, 2012.

5
6
7 DATED: December __8__, 2011
8
9 By:_____
10 United States District Judge
11
12

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]*

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28