| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP<br>DONALD S. DAVIDSON (SBN 231908) |
| 2 | SARAH L. BISHOP (SBN 258051)<br>Three Embarcadero Center |
| 3 | San Francisco, CA  94111-4067<br>Telephone:  415.393.2000 |
| 4 | Facsimile:  415.393.2286<br>donald.davidson@bingham.com |
| 5 | sarah.bishop@bingham.com |
| 6 | BINGHAM McCUTCHEN LLP<br>MICHAEL D. BLANCHARD (*pro hac vice*) |
| 7 | One State Street<br>Hartford, CT 06103-3178 |
| 8 | Telephone:  860.240.2700<br>Facsimile:  860.240.2800 |
| 9 | michael.blanchard@bingham.com |
| 10 | Attorneys for Defendants<br>Wells Fargo Advisors, LLC, Wells Fargo Advisors |
| 11 | Financial Network, LLC, Wells Fargo Securities, LLC,<br>and Wells Fargo & Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THEODORE KAGAN, JAMES AVEN, FRANCES LEVY, ELAINE SOFFA, JOSEPH SOFFA, and ALBERKRACK FAMILY LIMITED PARTNERSHIP, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA SECURITIES, L.L.C., a North Carolina limited liability company; WACHOVIA SECURITIES FINANCIAL NETWORK, L.L.C., a North Carolina limited liability company; WACHOVIA CAPITAL MARKETS, L.L.C., a North Carolina limited liability company; WELLS FARGO ADVISORS, L.L.C., a Delaware limited liability company; WELLS FARGO ADVISORS FINANCIAL NETWORK, L.L.C., a Delaware limited liability company; WELLS FARGO SECURITIES, L.L.C., a Delaware limited liability company; WELLS FARGO & COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive, | No. 09-5337 (SC)<br><br>**STIPULATION TO EXTEND DEADLINE TO SUBMIT SETTLEMENT AGREEMENT FOR THE COURT'S APPROVAL**<br><br>Judge:     Hon. Samuel Conti |

| | |
|---|---|
| Defendants. | |
| BRENT BALKEMA, as Trustee for the Jesse J. Balkema Rev Trust, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WACHOVIA SECURITIES, LLC, a North Carolina limited liability company, WACHOVIA SECURITIES FINANCIAL NETWORK, LLC, a North Carolina limited liability company, WELLS FARGO ADVISORS LLC; a Delaware limited liability company, WELLS FARGO SECURITIES FINANCIAL NETWORK, LLC, a Delaware limited liability company,<br><br>Defendants. | No. CV-11-00412 (SC) |

Through this Stipulation, Plaintiffs Theodore Kagan, James Aven, Frances Levy, Elaine Soffa, Joseph Soffa, Alberkrack Family Limited Partnership, and Brent Balkema ("Plaintiffs") and Defendants Wells Fargo Advisors, LLC (sued under its own name and also under the name "Wachovia Securities, LLC"), Wells Fargo Advisors Financial Network, LLC (sued under its own name and also under the name "Wachovia Securities Financial Network, LLC"), Wells Fargo Securities (sued under its own name and also under the name "Wachovia Capital Markets, LLC") and Wells Fargo & Company ("Defendants"), collectively referred to herein as the "Parties," through their counsel of record, hereby stipulate to briefly extend the previously agreed deadline for the parties to submit a proposed class action settlement stipulation and motion for preliminary approval of settlement to Thursday, January 19, 2012.

WHEREAS, the Parties have completed confirmatory discovery, and have exchanged drafts of all documentary submissions to be submitted to the Court for consideration of the proposed settlement;

WHEREAS, given the nature of this litigation and proposed settlement, involving a class action regarding the settlement of claims arising from a previous class action, the proposed settlement drafts and accompanying settlement materials are complicated documents not readily

1  duplicated by use of boilerplate class action settlement language and require careful drafting of

2  appropriate language for the Court's consideration. Due to this complexity, the Parties require a

3  brief amount of additional time to finalize those submissions;

4      WHEREAS, the Parties anticipate that they will be able to resolve all outstanding details

5  and finalize the proposed settlement and submissions by January 19, 2012;

6      NOW, THEREFORE, the Parties jointly request and hereby stipulate that the Parties shall

7  submit a settlement agreement, combined with a stipulation to conditionally certify a class for

8  settlement purposes, for the Court's approval under Federal Rule of Civil Procedure 23(e), no

9  later than January 19, 2012.

10  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:**

11  DATED: January 12, 2012

12          KABATECK BROWN KELLNER LLP

15          By:    /s/ Karen Liao
        Richard L. Kellner
16          Karen Liao
        Attorneys for Plaintiffs

17  DATED: January 12, 2012

18          BINGHAM MCCUTCHEN LLP

21          By:    /s/ Michael D. Blanchard
        Michael D. Blanchard
22          Donald S. Davidson
        Sarah L. Bishop
23          Attorneys for Defendants

**ATTESTATION**

I hereby attest, under penalty of perjury under the laws of the United States of America, that opposing counsel Karen Liao of Kabateck Brown Kellner LLP has concurred in the filing of this document.

DATED: January 12, 2012

                            BINGHAM MCCUTCHEN LLP

                          By: /s/ Sarah L. Bishop
                                  Michael D. Blanchard
                                  Donald S. Davidson
                                  Sarah L. Bishop
                                  Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Pursuant to the stipulation of the Parties and good cause appearing, the deadline for the Parties to submit a class action settlement stipulation and motion for preliminary approval of settlement shall be January 19, 2012.

DATED: January 17, 2012

By: _____
Hon. Samuel Conti
United States District Judge